IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RENAUD BELHOMME,

    **Plaintiff,**

vs.                                                               No. CIV 05-0687 RB/RLP

**THE DOWNS OF ALBUQUERQUE, INC.,**
**ATLAS TEMPORARY SERVICE, INC.,**
**DAN COOK, General Manager,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** came before the Court for consideration of Plaintiff's "Alternative Motion for New Trial to Alter/Amend Judgment and Grant Relief from Judgment as a Matter of Law" (Doc. 41), filed on March 20, 2006. Judgment was entered in favor of Defendants on March 8, 2006.

A motion to reconsider filed within ten days[1] after judgment is considered a motion under Rule 59(e). *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000); *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. *Brumark Corp. v. Samson Resources Corp.*, 57 F.3d 941, 948 (10th Cir. 1995). Plaintiff advances no grounds that warrant reconsideration. Thus, Plaintiff's motion will be denied.

    **IT IS ORDERED**.

                                                                             **ROBERT C. BRACK**
                                                                             **UNITED STATES DISTRICT JUDGE**

---

[1] When the period of time is less than 11 days, intermediate Saturdays and Sundays are excluded from the computation. FED. R. CIV. P. 6 (a)