IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RENAUD BELHOMME,**

    **Plaintiff,**

vs.                                             **No. CIV 05-0687 RB/RLP**

**THE DOWNS OF ALBUQUERQUE, INC.,**
**ATLAS TEMPORARY SERVICE, INC.,**
**DAN COOK, General Manager,**

    **Defendants.**

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** came before the Court for consideration of Plaintiff's "Alternative Motion Supplemented Along With Such Grounds For a New Trial to Alter/Amend Judgment and Grant Relief Entitled from Judgment as a Matter of Law" (Doc. 47), filed on July 31, 2006. Judgment was entered in favor of Defendants on March 8, 2006.

A motion to reconsider filed more than ten days after judgment is governed by FED. R. CIV. P. 60(b). *See Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir.1991). Relief under Rule 60(b) is extraordinary and may only be granted in exceptional circumstances. *Bud Brooks Trucking, Inc. v. Bill Hodges Trucking Co.*, 909 F.2d 1437, 1440 (10th Cir.1990). To be entitled to Rule 60(b) relief, a party must establish one of Rule 60(b)'s six grounds for relief from judgment. *Id*. Plaintiff has not shown exceptional circumstances establishing any one of those six grounds for relief. Thus, Plaintiff's motion will be denied.

**IT IS ORDERED**.

                                                                           _____
                                                                           **ROBERT C. BRACK**
                                                                           **UNITED STATES DISTRICT JUDGE**